Craig A. Johnston, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from judgment of conviction for assault in the second degree, § 565.060, RSMo 1986, and sentence of one year and armed criminal action, § 571.015 and sentence of three years with sentences to run consecutively. Appeal from judgment denying relief under Rule 29.15. The judgments are affirmed. Rules 30.25(b) and 84.16(b).

Jimmy E. ATKINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46632.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Laura Martin, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

**6**

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion to vacate his guilty plea.

Affirmed. Rule 30.25(b).